CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 802-4637
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-00256 SI |
| Plaintiff, | UNITED STATES' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DETENTION |
| v. | |
| ALIAKSANDR KLIMENKA, | |
| Defendant. | |

U.S. SUPP. BRIEF ISO DETENTION    1
CR 22-00256 SI

Pursuant to the Court's directive as articulated during a status conference on February 15, 2024, the United States of America ("the government") hereby submits a supplemental brief addressing the issue of Defendant Aliaksandr Klimenka's cooperation with New Zealand authorities relating to the seizure of funds from Alexander Vinnik and Canton Business Corporation in 2017.

A. **Procedural History**

This matter came before the Court for a further status conference on the issue of Klimenka's detention on February 15, 2024. At that time, the Court directed counsel for Klimenka to provide additional information regarding his finances with supporting documentation. The Court also ordered Klimenka to surrender all of his passports.

In addition, the Court directed the government to file a short supplemental brief addressing Klimenka's contention that he assisted U.S. authorities in transferring funds belonging to Alexander Vinnik and Canton Business Corporation. In his motion for pretrial release, Klimenka alleges that in response to the publicity surrounding the indictment against Alexander Vinnik and his arrest in Greece in July 2017, Klimenka "took affirmative action to facilitate the transfer of Canton and Vinnik's funds which were held in bank accounts owned by XPS in Russia to New Zealand, and thereafter, U.S. law enforcement." Dkt. No. 14 at 1. Klimenka further argues that "the transfer of funds from a Russian bank was facilitated specifically to reduce the exposure of the frozen funds to risks associated with Russian jurisdiction that could allow persons other than NZ/US authorities to gain control of those funds through corruption." *Id.* n.1. Klimenka reportedly thereafter "received death threats and had to hire personal security for himself and his family." *Id.*

B. **Relevant Background**

On July 12, 2022, a federal grand jury in this district charged Klimenka in a sealed indictment with operating an unlicensed money services business and conspiracy to commit money laundering. As alleged, between 2011 and July 2017, Klimenka and others, including Alexander Vinnik, controlled BTC-e, a digital currency exchange. BTC-e facilitated transactions for cybercriminals worldwide, including hackers, ransomware rings, fraudsters, corrupt public officials, and narcotics distribution networks.

The government contends that Klimenka was a partner in BTC-e's operations, providing BTC-e's technical infrastructure and financial accounts. Klimenka played a significant role in BTC-e's operations and had administrator-level accounts on BTC-e. Klimenka also controlled Soft-FX, a technology services company, which leased and maintained BTC-e's servers. BTC-e was heavily integrated into SOFT-FX and held significant assets through FXOpen, a financial company also owned by Klimenka.

### C. BTC-e, FXOpen, and XPS Solutions

BTC-e used a network of payment providers and shell companies to facilitate its business and conceal its illicit proceeds. Two of the most frequently used shell companies were Canton Business Corporation and Always Efficient LLP. Through these two entities, BTC-e held several accounts at FXOpen, which in turn held accounts at the New Zealand-based eWallet provider XPS Solutions.[1] At the time of BTC-e's takedown in 2017, BTC-e related shell companies held over $100 million in accounts at FXOpen. These assets were ultimately controlled by XPS Solutions.

XPS Solutions is a New Zealand limited company registered with the New Zealand Companies Office and located in Auckland, New Zealand. XPS operates multicurrency eWallet Account Software and provides a full range of related support and maintenance to its customers. The eWallet Account Software system enables its users to deposit and withdraw funds and allows electronic funds transfers between various accounts, or eWallets. The software was specifically designed for companies involved in the financial services industry.

New Zealand-based money exchange FXopen LP Limited (FXOpen) is one of several financial companies operating worldwide under the brand name FXOpen. Together, the FXOpen companies comprise a network of retail and institutional foreign exchange brokers offering online trading services. The specific companies that make up the FXOpen network are headquartered in various locations and countries. The FXOpen companies provide access to an electronic communication network to execute trades in currencies, precious metals, and cryptocurrencies. FX Open companies operate in Australia, New Zealand, Russia, Saint Kitts and Nevis and the United Kingdom and have representatives in a host

---

[1] The administrators of BTC-e had accounts at FXOpen.

of other countries.  FXOpen is a New Zealand limited company registered with the New Zealand Companies Office.

FXOpen was a customer of XPS Solutions.  XPS Solutions' eWallet Account Software had been fully integrated into the FXOpen website and was used for deposits, withdrawals, and instant funds transfers to and from trading accounts held with FXOpen.

### D.      Transfer of Funds

In around June 2020, millions of dollars' worth of BTC-e proceeds held by FXOpen were restrained pursuant to New Zealand domestic authorities.  It is the government's understanding that XPS Solutions voluntarily froze the funds following Vinnik's arrest in 2017.  FXOpen, though operating in New Zealand and holding customer accounts in New Zealand, actually stored its assets at a bank in Russia, which was not revealed until New Zealand obtained and served its official domestic order.  It was pursuant to that order that XPS Solutions was able to repatriate the funds to a bank account in New Zealand.

Based on the government's review of records and correspondence, it appears that legal counsel for XPS Solutions cooperated with law enforcement's inquiries and that XPS facilitated the transfer of funds pursuant to a court order.  Even though the funds were located in a bank in Russia, what XPS did was comply with a court order issued by the relevant authorities in the country where it operated—New Zealand.  Moreover, although Klimenka claims to be the beneficial owner of both XPS Solutions and FXOpen, Dkt. No. 14 at 1, it is the government's understanding that XPS was the entity that complied with the court order and facilitated the transfer of the funds, not FXOpen.  According to defense counsel, Klimenka is a beneficial owner of both companies.  Notably, however, there is no valuation of Klimenka's ownership interest in these companies in U.S. Pretrial's bail report.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: February 22, 2024

_____/s/_____
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS