UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIAKSANDR KLIMENKA,<br><br>    Defendant. | Case No. 22-cr-00256-SI-1<br><br>**ORDER RE: DEFENDANT'S MOTION TO COMPEL** |

Defendant's motion to compel is scheduled for a hearing on December 5, 2025 at 11:00 a.m. The parties' briefing references a 41 page memo prepared by IRS Special Agent Alford for a criminal investigation related to BTC-e in the Southern District of New York, and it appears that memo provides, in large part, the basis for the specific discovery sought by Klimenka. It would aid the Court to review this memo. Accordingly, the Court directs counsel for the government to provide a chambers copy of the memo for *in camera* review by December 2, 2025, if possible. Court staff will be in chambers on December 2 to receive the document. If delivery by December 2 is not possible, counsel shall contact the Court's Clerk to arrange electronic delivery.

**IT IS SO ORDERED**.

Dated: December 1, 2025

SUSAN ILLSTON
United States District Judge